# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Joshua Lee Blackwell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:17-cv-00208-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Neal | ) | |
| David Carpenter, | | |
| | | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 3, 2018 Order.

December 3, 2018

Frank G. Johns, Clerk
United States District Court